PEARL MOORE, Respondent, *v.* FRANK V. SUTLAND, Appellant.

DANIEL MOORE, Respondent, *v.* FRANK V. SUTLAND, Appellant.

Argued November 22, 1939; decided December 28, 1939.

*William F. Donohue* and *Ira H. Michael* for appellant. *John H. Cogan* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.